```
          IN THE UNITED STATES DISTRICT COURT

      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION


MACK B. CLEMENTS                              PLAINTIFF

VS.                 CIVIL ACTION NO. 3:05cv596-TSL-JCS

MICHAH BRIGGS AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                  DEFENDANTS
```

### FINAL JUDGMENT OF DISMISSAL

THIS DAY this cause having come on for hearing on the joint motion of the parties <u>ore</u> <u>tenus</u> for dismissal with prejudice, and the Court, being advised that the above styled and numbered cause has been compromised and settled,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this cause be and it is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** on this the 23rd day of June, 2006.

<u>/s/ Tom S. Lee</u>
UNITED STATES DISTRICT JUDGE

AGREED TO:

<u>/s/ W. Joseph Kerley</u>
W. JOSEPH KERLEY
ATTORNEY FOR PLAINTIFF

<u>/s/ Philip W. Gaines</u>
PHILIP W. GAINES
ATTORNEY FOR STATE FARM